UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DULCINEA CHARLES
                    Plaintiff(s)

              v.                                    CIVIL ACTION NO.   05-10277-GAO

UNITED STATES OF AMERICA
                    Defendant(s)

**JUDGMENT IN A CIVIL CASE**

 O'TOOLE          , D.J.

☐    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried
      and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have
      been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

      Pursuant to the Court's Order, dated April 14, 2005, as it plainly appears from the face of the
petitioner's motion under 28 USC Sec. 2255 and the prior proceedings in her criminal case ( No. 02-
10064-GAO) that she is not entitled to relief, the petitioner's motion is hereby summarily dismissed. R.
Gov Sec.2255.4(b)

                                                    SARAH A. THORNTON,
                                                    CLERK OF COURT

Dated:   4/14/05                              By     PAUL S. LYNESS
                                                          Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)