IN THE UNITED STATES DISTRICT COURT FOR MASSACHUSETTS

DULCINEA CHARLES

   Petitioner

vs.                          Case No. 05-10277-GAO

UNITED STATES OF AMERICA

   Respondent

## NOTICE OF APPEAL

Comes now the Petitioner, Dulcinea Charles, and hereby gives Notice of her Appeal of the Order dated April 14, 2005 (which was served on her April 19, 2005).

Petitioner requests that the Clerk enter this Notice of Appeal in the Docket of the Court.

Submitted this the 21st day of April, 2005 by placing it in the hands of the Receiving and Discharging Office (Mail room) for the Bureau of Prisons at the Satellite Camp, Federal Medical Center, P. O. Box 14525, Lexington, Ky. 40512-4525.

                                              Dulcinea Charles- Pro Se

## CERTIFICATE OF SERVICE

The undersigned, Dulcinea Charles, hereby certifies that she has mailed a true and correct copy of the foregoing to the Office of the U. S. Attorney, John Joseph Moakley Courthouse, One Courthouse Way, Boston, Massachusetts, 02210, this the 21st day of April, 2005.

                                              Dulcinea Charles- Pro Se