UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10277

Dulcinea Charles

v.

United States of America

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the copies of original electronic pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/25/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 1, 2005.

Sarah A Thornton, Clerk of Court

By: *Carille Ramos*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/5/05 .

*Barchard*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10277-GAO

Charles v. United States of America
Assigned to: Judge George A. O'Toole, Jr
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 02/03/2005
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Dulcinea Charles**             represented by **Dulcinea Charles**
                                                 PRO SE

V.

**Respondent**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2005 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Dulcinea Charles.(Abaid, Kim) (Entered: 02/11/2005) |
| 02/03/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Abaid, Kim) (Entered: 02/11/2005) |
| 04/14/2005 | 2 | Judge George A. O'Toole Jr.: ORDER entered. re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by Dulcinea Charles, As it plainly appears from |

| | | |
|---|---|---|
| | | the face of the petitioner's motion under 28 USC Sec.2255 and the prior proceedings in her criminal case(No 02-10064-GAO)that she is not entitled to relief, the petitioner's motion is hereby summarily dismissed. R. Gov Sec.2255 P.4(b) (Lyness, Paul) (Entered: 04/15/2005) |
| 04/14/2005 | 3 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT in favor of Respondent against Petitioner (Copy of the Court's Order and the Judgment mailed to petitioner)(Lyness, Paul) (Entered: 04/15/2005) |
| 04/25/2005 | 4 | NOTICE OF APPEAL as to 3 Judgment by Dulcinea Charles. $ 0. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/16/2005. (Edge, Eugenia) (Entered: 04/25/2005) |